**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jerry Dean RILEY, Defendant–**
**Appellant.**

**No. 11–13729**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 18, 2012.

Steven E. Butler, Gregory A. Bordenkircher, Kenyen Ray Brown, Donna Barrow Dobbins, E.T. Rolison, Jr., U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Jerry Dean Riley, Limestone CF, Harvest, AL, Kristen Gartman Rogers, Fred W. Tiemann, Latisha Vanese Colvin, Carlos A. Williams, Federal Defender's Office, Mobile, AL, for Defendant–Appellant.

Before MARCUS, MARTIN and COX, Circuit Judges.

PER CURIAM:

Kristen Rogers, appointed counsel for Jerry Dean Riley in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Riley's revocation of supervised release and sentence are **AFFIRMED.**